# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced August 12, 2015

### THE MOTION FOR TRANSFER IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE IS GRANTED:

15-0360        IN RE FRAUDULENT HOSPITAL LIEN LITIGATION

The Moore Law Firm's motion for transfer under Rule 13 of the Texas Rules of Judicial Administration, filed May 14, 2015, is granted. All pending motions are denied as moot. The panel will issue a second order at a later date naming the judge to whom the cases will be transferred.

Justice Harvey Brown delivered the opinion of the MDL panel.